IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0398
 ((((((((((((((((

 In Re Magellan Terminals Holdings, L.P. And Magellan Midstream Holdings
 Gp, Llc, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate, filed on July 14, 2011, is granted, and
this case is ABATED to allow the parties to proceed with settlement
negotiations.
 2. This case is removed from the Court's active docket until
September 22, 2011, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 22nd day of July, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk